# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge  
Criminal No. 1:25-cr-00026-SHL-WPK-1

Court appearing by video conference  
Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Emmanuel Garcia Hernandez

---

Gov. Atty(s): Corey Rothrock for S. Sudmann  
Def. Atty(s): Julie A Frank  
Def. Appears: ☑ In Person ☐ Video Conference  
☑ All Parties Consent to Video Proceeding  
Court Reporter: FTR Gold  
Interpreter: Patricia Hillock  
☑ Interpreter Sworn

☑ Indictment ☐ Superseding Indictment ☐ Information  
☐ Complaint ☐ Warrant ☐ Summons  
Code Violation/Offense:  
21:841(a)(1) and 841(b)(1)(A). Possession with Intent to Distribute a Controlled Substance (Methamphetamine) (1)  
21:841(a)(1) and 841(b)(1)(A). Distribution of a Controlled Substance (Methamphetamine) (2)

Date: 5/1/2025  
Initial Appearance Start Time: 3:30 pm   Arraignment Start Time: 3:35 pm   End Time: 3:41 pm

## Initial Appearance

☑ Advised of Rights  
☐ Advised of Consular Notification Rights  
Requesting Consular Notification ☐ Yes ☐ No  
☑ Rule 5 Admonition Given

☐ Appointed/Previously Appointed FPD  
☑ Appointed/Previously Appointed CJA Counsel  
☐ Retained Counsel

## Arraignment

Trial Scheduled for: 7/7/2025  
Rule 16 Material due: 5/9/2025  
Reciprocal Discovery due: 5/19/2025  
Pretrial Motions due: 6/16/2025  
Plea Notification Deadline: 6/16/2025  
Plea Entry Deadline: 6/23/2025  
Status/Scheduling Conference (Counsel Only):

☑ Advised of Charges/Maximum Penalties  
☑ Indicted in True Name  
   True Name:  
☑ Reading of Indictment Waived  
   Plea of Not Guilty Accepted as to Ct(s): 1 and 2  
☐ Denied Forfeiture  
☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention  
☐ Defendant Waived Preliminary Examination  
☑ Defendant Waived Detention Hearing  
Court Ordered Defendant:  
☐ Released on Bond  
☑ Detained

Detention Hearing Set:  
Before:  
Courthouse:                Room:  
Revocation Hearing Set:  
Before:  
Courthouse:                Room:

---

Parties were notified Judge Locher normally allows only one continuance of a trial. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ V. Rule  
Deputy Clerk